UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

PRIORITY

CIVIL MINUTES - GENERAL

Case No.  ED CV 01-216 -RT        Date 3-14-2002

Title:  FRANK BUONO, ET AL VS GALE A. NORTON

=================================================================

PRESENT:

THE HONORABLE ROBERT J. TIMLIN, JUDGE

| Lenora Pulliam | NONE |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS

       NONE                                           None

PROCEEDINGS:   ORDER VACATING MOTION HEARING DATE RE FAILURE TO COMPLY WITH LOCAL RULE 7-3

IT IS ORDERED that the hearing date on Defts' Motion for Summary Judgment filed on 3-13-02 and set for hearing on 5-6-02 is vacated because the moving party has failed to comply with Local Rule 7-3.

Before the Court will consider the motion, the moving party must file a Statement that a Conference of Counsel ("Statement") has been held pursuant to Local Rule 7-3 and the date on which it took place.

If the issues raised by the motion are resolved at the Conference, the moving party shall file a Notice of Withdrawal of Motion.

If the issues have not been resolved at the Conference, the moving party shall file the required Statement that a Conference has been held and a Notice resetting the motion on calendar.

IT IS FURTHER ORDERED that respondent on the motion need not file a response to the motion until the Statement Notice of resetting has been filed and served on her, him or it.  The time period for filing such response, as provided in the Federal Rules of Civil Procedure and/or Local Civil Rules, will commence on the date reset for hearing the motion.

✓ Docketed
__ Copies / NTC Sent
__ JS - 5 / JS - 6
__ JS - 2 / JS - 3
__ CLSD

MINUTES FORM 11                          Initials of Deputy Clerk  LP
CIVIL - GEN

ENTER ON ICMS
MAR 15 2002

(27)